ROGERS JOSEPH O'DONNELL
James Robert Maxwell (State Bar No. 143203)
jmaxwell@rjo.com
Alecia E. Cotton (State Bar No. 252777)
acotton@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
HEALTHFORCE SUPERFOODS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK BLKHOYAN,<br><br>                              Plaintiff,<br><br>    vs.<br><br>HEALTHFORCE SUPERFOODS, INC., and DOES 1 to 50,<br><br>                              Defendants. | Case No. _____<br><br>Los Angeles County Superior Court Case Number 21STLC08810<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br>Action Filed:      December 13, 2021<br><br>Trial Date:        June 12, 2023 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant HealthForce Superfoods, Inc.

("HealthForce" or "Defendant") hereby removes to this Court the state court action described

below.

**I.      FILING AND SERVICE OF THE COMPLAINT**

1.      On December 13, 2021, Plaintiff Garnik Blkhoyan ("Plaintiff") filed a

Complaint (the "Complaint") in the Superior Court of California for the County of Los

Angeles, thereby commencing that certain lawsuit entitled *Garnik Blkhoyan vs. Healthforce*

*Superfoods, Inc.; and Does 1-25*, Case No. 21STLC08810 (the "State Court Action").

2.      On December 28, 2021, Plaintiff mailed a copy of the Complaint and Summons via Notice and Acknowledgement of Receipt ("NOAR").  California Code of Civil Procedure § 415.30.  Attached hereto as <u>Exhibit 1</u> ("Ex. 1") are true and correct copies of all process, pleadings, and orders in the State Court Action.  Defendant has not yet responded to the Complaint.  There are no other named defendants.

3.      On March 14, 2022, Defendant signed and returned the NOAR and simultaneously files this Notice of Removal within 30 days of service via NOAR.  *See* Ex. 1, p. 1; *See* CCP § 415.30(c); *See also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999).

## II.    REMOVAL IS PROPER BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION

4.      Defendant is entitled to remove the State Court Action to this Court because it is a civil action brought in a state court which is being removed to the District Court for the District where the action is pending, and over which this Court has original jurisdiction because the State Court Action asserts a claim arising under the laws of the United States.  *See* 28 U.S.C. §§ 1331, 1441(a).  Specifically, the Complaint in the State Court Action asserts claims for alleged violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq.  *See* State Court Action Complaint at ¶¶ 9, 15, 16, 18, 23.  As such, the adjudication of Plaintiff's underlying federal ADA claims is the core issue of this lawsuit.

## III.   DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

5.      Defendant's removal of the State Court Action to this Court is timely.  Defendant executed and returned the NOAR on March 14, 2022 and simultaneously filed this Notice of Removal within 30 days of the Complaint and Summons being served on Defendant via NOAR.  28 U.S.C. § 1446(b)(1); CCP § 415.30(c); *See also Murphy Bros., Inc.*, 526 U.S. at 347.

6.      In compliance with 28 U.S.C. § 1446(d), Defendant will provide written

1 notice of the filing of this Notice of Removal to all adverse parties and file a copy with the

2 clerk of court in the State Court Action.

3          7.    The undersigned counsel for Defendant has read the foregoing and signs

4 the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as

5 required by 28 U.S.C. § 1446(a).

6 **IV.    CONCLUSION**

7          Defendant respectfully requests that this action be removed from the Superior

8 Court of California for the County of Los Angeles to the United States District Court for the

9 Central District of California.

10

11 Dated:  March 14, 2022                    ROGERS JOSEPH O'DONNELL

12

13                                          By:   */s/ Alecia E. Cotton*

14                                               JAMES ROBERT MAXWELL
                                                ALECIA E. COTTON

15                                              Attorneys for Defendant
16                                              HEALTHFORCE SUPERFOODS, INC.

17

18

19

20

21

22

23

24

25

26

27

28