UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARNIK BLKHOYAN,<br>    Plaintiff,<br><br>             v.<br><br>HEALTHFORCE SUPERFOODS, INC.,<br>    Defendant. | CV 22-1678 DSF (AFMx)<br><br>Order REMANDING Case to State Court |

   Defendant removed this case based on federal question jurisdiction. However, Plaintiff alleges only violation of the California Unruh Act and explicitly disclaims any claim under the federal Americans with Disabilities Act. Compl. ¶ 23. References to the ADA as the source of obligations under the Unruh Act does not transform the state law claim into a federal one. Wander v. Kaus, 304 F.3d 856, 859 (9th Cir. 2002). Plaintiff also fails to demand any injunctive relief – the only relief available under the ADA.

   The case is REMANDED to the Superior Court of California, County of Los Angeles.

   IT IS SO ORDERED.

Date: June 2, 2022

                                          _____
                                          Dale S. Fischer
                                          United States District Judge